

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671    Internet: www.cms.gov/PRRBReview    FAX: 410-786-5298

*please email to*
*E Coyle*
*Ken Marcus*
*+ me Cindy Wisner*

## CERTIFIED MAIL

SEP 28 2015

Wisconsin Physicians Service
Byron Lamprecht
Cost Report Appeals
P.O. Box 1604
Omaha, NE 68101

CHE Trinity Health
Cynthia F. Wisner
Associate Counsel
20555 Victor Parkway
Livonia, MI 48152

RE:   Standard Remand of the SSI fraction under CMS Ruling CMS-1498-R
      Group Name: Trinity Health 2006-2007 DSH/SSI CIRP Group
      Provider No.: Various
      FYE: 6/30/2007, 6/30/2006
      PRRB Case No.: 12-0522GC

Dear Byron Lamprecht and Cynthia F. Wisner:

The above-referenced appeal includes a challenge to the data matching process used in calculating the Supplemental Security Income (SSI) fraction. This issue is to be remanded to the Intermediary under the terms of the Centers for Medicare & Medicaid Services (CMS) Ruling CMS-1498-R for recalculation of the disproportionate share hospital (DSH) payment adjustment.

The Board finds that the appeal satisfies the applicable jurisdictional and procedural requirements of 42 U.S.C. §1395oo(a) and 42 C.F.R. §§405.1835-1840. Consequently, the Board hereby remands the above-referenced case to the Intermediary for recalculation of the Providers' DSH adjustments. The group appeal is hereby closed and removed from the Board's docket.

Board Members:
Michael W. Harty
Clayton J. Nix, Esq.
L. Sue Andersen, Esq.
Charlotte F. Benson, CPA
Jack Ahern, MBA

FOR THE BOARD:

Board Member

Enclosure: Schedule of Providers

cc:   Wilson C. Leong, Esq., CPA, Federal Specialized Services



CHE TRINITY HEALTH
OCT 2 2015
LEGAL DEPARTMENT

Case No.: 12-03226

Group Name: Trinity Health 2006-2007 DSH/SSI CIRP Group

Group Representative: Cynthia Wisner

Lead Intermediary: Wisconsin Physicians Service

Issue: Medicare Disproportionate Share Adjustment SSI% Systemic

Page 1 of 2
Date Prepared: 3/24/2015

RECEIVED
MAR 25 2015
PRRB

| # | Provider Number | Provider Name / Location (city, county, state) | FYE | Intermediary / MAC | A<br>Date of Final Determination | B<br>Date of Hearing Request / Add Issue Request | C<br>No. of Days | D<br>Audit Adj. No. | E<br>Amount in Controversy | F<br>Prior Case No(s). | G<br>Date of Direct Add / Transfer(s) to Group |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 36-0012 | St. Ann's Hospital<br>Columbus, Franklin, Ohio | 6/30/2006 | National Government Services, Inc. | 12/6/07 | 5/29/08 | 175 | * | 201,830 | 08-2039<br>09-0604GC | 6/4/2009<br>8/30/2012 |
| 2 | 16-0153 | Mercy Medical Center-Sioux City<br>Sioux City, Woodbury, Iowa | 6/30/2006 | Wisconsin Physicians Service | 4/29/08 | 10/23/08 | 177 | 30 | 66,059 | 09-0162 | 8/20/2012 |
| 3 | 16-0153 | Mercy Medical Center-Sioux City<br>Sioux City, Woodbury, Iowa | 6/30/2007 | Wisconsin Physicians Service | 4/23/09 | 10/15/09 | 175 | 32 | 59,355 | 10-0045 | 8/10/2012 |
| 4 | 36-0035 | Mount Carmel Health System<br>Columbus, Franklin, Ohio | 6/30/2006 | National Government Services, Inc. | 9/25/08 | 3/23/09 | 179 | 60 | 1,007,923 | 04-1052<br>09-1305GC | 3/26/2009<br>8/21/2014 |
| 5 | 05-0093 | St. Agnes Medical Center<br>Fresno, Fresno, California | 6/30/2006 | Cahaba Government Benefit Administrators | 12/28/09 | 6/23/10 | 177 | * | 989,769 | 10-1121<br>09-0604GC | 6/23/2010<br>8/30/2012 |
| 6 | 15-0076 | St. Joseph Regional Medical Center-Plymouth<br>Plymouth, Marshall, Indiana | 6/30/2007 | National Government Services, Inc. | 12/10/08 | NA** | 168 | 5, 14 | 3,835.00 | 09-0604GC | 5/27/2009<br>8/30/2012 |

Total Amount in Controversy for all Providers: $2,383,353.00

\* Protested amount.
\*\* The DSH SSI% issue was appealed directly in Group Appeal No. 09-0604GC

Model Form G: Schedule of Providers in Group

Page 2 of 2
Date Prepared: 3/24/2015

Case No.: 12-0522GC
Group Name: Trinity Health 2006-2007 DSH/SSI CIRP Group
Group Representative: Cynthia Wisner
Lead Intermediary: Wisconsin Physicians Service
Issue: Medicare Disproportionate Share Adjustment SSI% Systemic

| # | Provider Number | Provider Name / Location (city, county, state) | FYE | Intermediary / MAC | A Date of Final Determination | B Date of Hearing Request / Add Issue Request | C No. of Days | D Audit Adj. No. | E Amount in Controversy | F Prior Case No(s). | G Date of Direct Add / Transfer(s) to Group |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 15-0012 | St. Joseph Regional Medical Center-South Bend South Bend, St. Joseph, Indiana | 6/30/2007 | NGS | 11/26/08 | NA** | 182 | 20 | 54,582 | 09-0604GC | 5/27/2009 8/30/2012 |

Total Amount in Controversy for all Providers: $2,383,353.00

** The DSH SSI% issue was appealed directly in Group Appeal No. 09-0604GC.

(36-0012) 6/30/2006
08-2039/09-0604GC

G