CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mount Carmel Health System, et al. )
)
)
)
                      Plaintiff )   Civil Action No._____
vs )
Sylvia M. Burwell, in her official capacity as )
Secretary of Health and )
Human Services )
)
                      Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Mount Carmel Health System, et al.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Mount Carmel Health System, et al.__ which have any outstanding securities in the hands of the public:    NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

MI-0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus, Esq.
Print Name

660 Woodward Avenue, Suite 2290
Address

Detroit, Michigan  48226-3506
City        State        Zip Code

(313) 465-7470
Phone Number