UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOUNT CARMEL HEALTH SYSTEM et al.,   )
                                      )
      Plaintiffs,                     )
                                      )
v.                                    )   Case No. 1:15-cv-02005-ESH
                                      )
ALEX M. AZAR II, Secretary of Health  )
and Human Services, [1]               )
                                      )
      Defendant                       )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs in *Mount Carmel Health System, et al., v. Azar,* Case No. 1:15-cv-02005, and Defendant, Alex Azar, Secretary of Health and Human Services, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the action for Plaintiffs in Case No. 1:15-cv-02005 is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  May 15, 2019

Respectfully submitted,

| | |
|---|---|
| By:   /s/ Kenneth R. Marcus | JESSIE K. LIU |
| KENNETH R. MARCUS | United States Attorney |
| DC Bar No. MI-0016 | D.C. BAR # 472845 |
| HONIGMAN LLP | |
| 660 Woodward Avenue, Suite 2290 | DANIEL F. VAN HORN |
| Detroit, Michigan 48226-3506 | Chief, Civil Division |
| Phone: (313) 465-7470 | D.C.BAR #924092 |
| Fax: (313) 465-7471 | |
| kmarcus@honigman.com | By:     /s/ Johnny Walker |
| | JOHNNY H. WALKER, D.C. Bar # 991325 |
| *Counsel for Plaintiffs* | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| | Telephone: (202) 252-2575 |
| | johnny.walker@usdoj.gov |
| | |
| | *Counsel for Defendant* |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Health and Human Services Alex M. Azar II is substituted in his official capacity as Defendant in this action.

31061764.1